IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.

                                        Criminal No. 11-30142-DRH-1

**RYAN BRAZEL,**

    **Defendant.**

### ORDER

**HERNDON, Chief Judge:**

    Now before the Court is a letter the Court received from defendant Brazel which was filed as a motion for copies (Doc. 155). Defendant requests that the Court send to the Bureau of Prisons at FCI Butner Low his judgment, minutes pertaining to his sentencing and a copy of the Rule 35 Order reducing his sentence. He claims that he needs these documents to be sent from the Court as he is not getting credit for time served that was ordered when he was sentenced and that he has not received credit for the reduction granted in the Rule 35 Order.

    The Court **GRANTS** the motion. The Court **DIRECTS** the Clerk of the Court to send via certified mail a copy of the judgment (Doc. 115), the minutes from the sentencing hearing (Doc. 111) and the Rule 35 Order (Doc. 148) to Mrs. Little in

the Records Department at FCI Butner Low, Federal Correctional Institution, P.O. Box 999, Butner, North Carolina, 27509.

**IT IS SO ORDERED.**

This 13th day of August, 2013.

Digitally signed by David R. Herndon
Date: 2013.08.13 16:26:56 -05'00'

**Chief Judge**
**United States District Court**